## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **STEPHEN COOK,** Plaintiff | No. 3:15cv279 |
| v. | (Judge Munley) |
| **CENTRAL SUSQUEHANNA OPPORTUNITIES, INC.,** Defendant | |

## ORDER

**AND NOW**, to wit, this 9th day of February 2016, defendant's motion for summary judgment (Doc. 23) is hereby **GRANTED** in part and **DENIED** in part as follows:

1. The motion is **GRANTED** with respect to Count III-gender discrimination pursuant to Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e-2. Summary judgment is **GRANTED** to the defendant on this count;

2. The motion is granted with respect to plaintiff's gender discrimination claim under Pennsylvania's Human Relations Act, 43 PA. STAT. ANN. § 951, *et seq*. as stated in Count IV. Summary judgment is **GRANTED** to the defendant on this claim; and

3. The motion is **DENIED** in all other respects.

It is further **ORDERED** that defendant's concurred-in motion for oral argument (Doc. 41) is **DENIED**.

**BY THE COURT:**

**s/ James M. Munley**
**JUDGE JAMES M. MUNLEY**
**United States District Court**